UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-336 JRT
MIDDLE DISTRICT OF ALABAMA
Criminal No. 1:93CR00274-001

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES E. LINDER,<br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $2,118.00 restitution and $50.00 assessment in the above-entitled actions has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Otter Tail, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Otter Tail County, as Document No. 895805, in the amount of $1,678.00 plus interest.

AND, the Recorder for the County of Marion, State of Alabama, may immediately release the Abstract of Judgment recorded in said Recorder's office of Marion County, as File No. 98022869, Book/Page 2475/974 in the amount of $2,178.00 plus interest.

Dated: February 24, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600